# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Supervised Release) |
| ROBERT BOLTON, III<br>a/k/a "Rob" | Case No.   3:20-CR-8-016 (CAR)<br>USM No.  01602-120 |
| | Brian Jarrard |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of condition(s)    1 through 7    of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 & 5 | Use of a controlled substance | 11/07/2024; 11/25/2025 |
| 2, 3, & 6 | New Law Violation | 12/18/2024;11/25/2025;<br>02/04/2026 |
| 4 | Failure to Report Law Enforcement Contact | 11/25/2025 |
| 7 | Failure to Reside at Approved Residence | 02/04/2026 |

The defendant is sentenced as provided in pages 2 through    2    . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of  Defendant's  Soc. Sec.   7465 | June 22, 2026 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1988 | s/ C. Ashley Royal |
| | Signature of Judge |
| City and State of Defendant's Residence: | C. ASHLEY ROYAL<br>SENIOR U.S. DISTRICT JUDGE |
| Colbert, Georgia | Name and Title of Judge |
| | 06/24/2026 |
| | Date |

Judgment — Page ___2___ of ___2___

DEFENDANT:        ROBERT BOLTON,  III, a/k/a "Rob"
CASE NUMBER:    3:20-CR-8-016 (CAR)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **37 MONTHS**

☒        The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends to the Bureau of Prisons that the defendant be allowed to participate in the Residential Drug Abuse Program (RDAP) while confined.**

☒        The defendant is remanded to the custody of the United States Marshal.

☐        The defendant shall surrender to the United States Marshal for this district:

☐        at _____   ☐   a.m.   ☐   p.m.   on   _____  .

☐        as notified by the United States Marshal.

☐        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐        before 2 p.m. on   _____  .

☐        as notified by the United States Marshal.

☐        as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL